**Fill in this information to identify your case and this filing:**

Debtor 1     **Lester**                **Sneed, Jr.**
           First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name       Middle Name       Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)     **16-36684-H5-13**

☐ Check if this is an
    amended filing

Official Form 106A/B

## Schedule A/B: Property
                                           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1.**   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1.

**6703 Rolling Mill Dr.**
Street address, if available, or other description

**Houston**        **TX**    **77088**
City             State    ZIP Code

**Harris**
County

**6703 Rolling Mill Dr.**
**Lot 12 Block 5**
**Inwood West Section 1 R/P**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     **$84,000.00**

Current value of the portion you own?     **$84,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ Check if this is community property
    (see instructions)

**2.**   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................➔ | **$84,000.00**

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

Debtor 1  **Lester Sneed, Jr.** _____  Case number (if known) **16-36684-H5-13**

| 3.1. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Toyota** | Check one. | |
| Model: **Sienna** | ☐ Debtor 1 only | |
| Year: **2009** | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: **97,000** | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | $4,000.00      $4,000.00 |

Other information:
**2009 Toyota Sienna (approx. 97000 miles)**

☑ **Check if this is community property** (see instructions)

| 3.2. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **BMW** | Check one. | |
| Model: **328 i** | ☐ Debtor 1 only | |
| Year: **1999** | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| Approximate mileage: **16,000** | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | $1,000.00      $1,000.00 |

Other information:
**1999 BMW 328i (approx. 16000 miles)**

☑ **Check if this is community property** (see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................➔  **$5,000.00**

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....  **See continuation page(s).**       **$7,465.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....  **See continuation page(s).**       **$1,400.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

Debtor 1    **Lester Sneed, Jr.**                                         Case number (if known)   **16-36684-H5-13**

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe.....   **Firearm**                                                                          **$100.00**

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.....   **Clothing and Shoes**                                                              **$1,000.00**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.....   **3 Watches**                                                                        **$50.00**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.....   **Dog**                                                                              **$400.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.........................................................................** ➡ **$10,415.00**

| **Part 4:** | **Describe Your Financial Assets** |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes......................................................................................... Cash: ......................... **$20.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..........................                Institution name:

17.1.   Checking account:    **Wells Fargo Bank**
                            **Checking account #7772**                                                    **$15.00**

17.2.   Savings account:     **Wells Fargo Bank**
                            **Savings account**                                                           **$10.00**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..........................   Institution or issuer name:

Debtor 1    **Lester Sneed, Jr.**                                  Case number (if known)  **16-36684-H5-13**

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about
them........................    Name of entity:                                        % of ownership:

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about
them........................    Issuer name:

**21.  Retirement or pension accounts**
*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each account separately.    Type of account:        Institution name:

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...........................    Institution name or individual:

**23.  Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes...........................    Issuer name and description:

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes...........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them                                              _____

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them                                              _____

**27.  Licenses, franchises, and other general intangibles**
*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific information about them                                              _____

Debtor 1  **Lester Sneed, Jr.** _____   Case number (if known)  **16-36684-H5-13**

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____ **$0.00**

State: _____ **$0.00**

Local: _____ **$0.00**

**29. Family support**
_Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____ **$0.00**

Maintenance: _____ **$0.00**

Support: _____ **$0.00**

Divorce settlement: _____ **$0.00**

Property settlement: _____ **$0.00**

**30. Other amounts someone owes you**
_Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

_____

**31. Interests in insurance policies**
_Examples:_ Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value................    Company name:                    Beneficiary:                Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
_Examples:_ Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................................................................** ➔ **$45.00**

Debtor 1 __Lester Sneed, Jr._____   Case number (if known) __16-36684-H5-13__

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                                                   _____

39. **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                                                   _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                                                   _____

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                                                   _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?
  ☐ No
  ☐ Yes.  Describe.....                                                                              _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5. Write that number here.........................................................** ➜ | $0.00 |

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1    **Lester Sneed, Jr.** _____    Case number (if known)  **16-36684-H5-13**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....                                                                    _____

**48. Crops--either growing or harvested**
☑ No
☐ Yes.  Give specific
information...............                                                    _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes....                                                                    _____

**50. Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes....                                                                    _____

**51. Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes.  Give specific
information...............                                                    _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**................................................................➜  | **$0.00** |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here**.............................................➜  | **$0.00** |

Debtor 1    **Lester Sneed, Jr.**                                                              Case number (if known)   **16-36684-H5-13**

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.   **Part 1: Total real estate, line 2**......................................................................................➔                                   **$84,000.00**

56.   **Part 2: Total vehicles, line 5**                                                             **$5,000.00**

57.   **Part 3: Total personal and household items, line 15**                                       **$10,415.00**

58.   **Part 4: Total financial assets, line 36**                                                   **$45.00**

59.   **Part 5: Total business-related property, line 45**                                          **$0.00**

60.   **Part 6: Total farm- and fishing-related property, line 52**                                 **$0.00**

61.   **Part 7: Total other property not listed, line 54**                               +          **$0.00**

62.   **Total personal property.**    Add lines 56 through 61..................    **$15,460.00**    Copy personal    ➔   +    **$15,460.00**
                                                                                                     property total

63.   **Total of all property on Schedule A/B.**    Add line 55 + line 62...........................................................    **$99,460.00**

Debtor 1    **Lester Sneed, Jr.**      Case number (if known)   **16-36684-H5-13**

**6.**    **Household goods and furnishings (details):**

| | |
|---|---|
| **Bedroom Set** | **$1,000.00** |
| **Dining Room Set** | **$500.00** |
| **Sofa** | **$2,000.00** |
| **Love Seat** | **$100.00** |
| **Coffee Table** | **$25.00** |
| **Kitchen Tables w/ Chairs** | **$50.00** |
| **Dining Room Table w/ Chairs** | **$1,000.00** |
| **Dishes and Glasses** | **$60.00** |
| **2 Beds** | **$1,000.00** |
| **2 Dressers** | **$50.00** |
| **2 Lamps** | **$25.00** |
| **Refrigerator** | **$300.00** |
| **Stove** | **$300.00** |
| **Dish Washer** | **$150.00** |
| **Washer** | **$300.00** |
| **Dryer** | **$300.00** |
| **Microwave** | **$50.00** |
| **Vacuum Cleaner** | **$100.00** |
| **Desk** | **$25.00** |
| **Tools** | **$100.00** |
| **BBQ Pit** | **$30.00** |

**7.**    **Electronics (details):**

| | |
|---|---|
| **TV** | **$500.00** |
| **2 DVD Players** | **$100.00** |
| **Cell Phone** | **$50.00** |
| **2 TV's** | **$600.00** |
| **2 Stereo's** | **$75.00** |
| **Computer** | **$75.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lester** | | **Sneed, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-36684-H5-13**
(if known)

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of    *Part 2: Additional Page*   as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**6703 Rolling Mill Dr.**<br>**Lot 12 Block 5**<br>**Inwood West Section 1 R/P**<br>Line from *Schedule A/B:*  __1.1__ | $84,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description:<br>**2009 Toyota Sienna (approx. 97000 miles)**<br><br>Line from *Schedule A/B:*  __3.1__ | $4,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Debtor 1 | **Lester Sneed, Jr.** | | Case number (if known) | **16-36684-H5-13** |

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1999 BMW 328 i (approx. 16000 miles) 1999 BMW 328i (approx. 16000 miles)** Line from *Schedule A/B*: **3.2** | **$1,000.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **Bedroom Set** Line from *Schedule A/B*: **6** | **$1,000.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Dining Room Set** Line from *Schedule A/B*: **6** | **$500.00** | ☑ **$500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Sofa** Line from *Schedule A/B*: **6** | **$2,000.00** | ☑ **$2,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Love Seat** Line from *Schedule A/B*: **6** | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Coffee Table** Line from *Schedule A/B*: **6** | **$25.00** | ☑ **$25.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Kitchen Tables w/ Chairs** Line from *Schedule A/B*: **6** | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Dining Room Table w/ Chairs** Line from *Schedule A/B*: **6** | **$1,000.00** | ☑ **$1,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Dishes and Glasses** Line from *Schedule A/B*: **6** | **$60.00** | ☑ **$60.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | Lester Sneed, Jr. | | Case number (if known) | 16-36684-H5-13 |

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2 Beds**<br><br>Line from *Schedule A/B*: ___6___ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**2 Dressers**<br><br>Line from *Schedule A/B*: ___6___ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**2 Lamps**<br><br>Line from *Schedule A/B*: ___6___ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Refrigerator**<br><br>Line from *Schedule A/B*: ___6___ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Stove**<br><br>Line from *Schedule A/B*: ___6___ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Dish Washer**<br><br>Line from *Schedule A/B*: ___6___ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Washer**<br><br>Line from *Schedule A/B*: ___6___ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Dryer**<br><br>Line from *Schedule A/B*: ___6___ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Microwave**<br><br>Line from *Schedule A/B*: ___6___ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | Lester Sneed, Jr. | | Case number (if known) | 16-36684-H5-13 |
|---|---|---|---|---|

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Vacuum Cleaner**<br><br>Line from *Schedule A/B*:     **6** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Desk**<br><br>Line from *Schedule A/B*:     **6** | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Tools**<br><br>Line from *Schedule A/B*:     **6** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**BBQ Pit**<br><br>Line from *Schedule A/B*:     **6** | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**TV**<br><br>Line from *Schedule A/B*:     **7** | $500.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**2 DVD Players**<br><br>Line from *Schedule A/B*:     **7** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Cell Phone**<br><br>Line from *Schedule A/B*:     **7** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**2 TV's**<br><br>Line from *Schedule A/B*:     **7** | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**2 Stereo's**<br><br>Line from *Schedule A/B*:     **7** | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1    **Lester Sneed, Jr.** _____    Case number (if known) __16-36684-H5-13__

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Computer** Line from *Schedule A/B*: __7__ | $75.00 | ☑ $75.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Firearm** Line from *Schedule A/B*: __10__ | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Clothing and Shoes** Line from *Schedule A/B*: __11__ | $1,000.00 | ☑ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **3 Watches** Line from *Schedule A/B*: __12__ | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: **Dog** Line from *Schedule A/B*: __13__ | $400.00 | ☑ $400.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Cash** Line from *Schedule A/B*: __16__ | $20.00 | ☑ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Wells Fargo Bank Checking account #7772** Line from *Schedule A/B*: __17.1__ | $15.00 | ☑ $15.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Wells Fargo Bank Savings account** Line from *Schedule A/B*: __17.2__ | $10.00 | ☑ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lester** | | **Sneed, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Case number (if known) | **16-36684-H5-13** |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|
| | $4,636.00 | $2,000.00 | $2,636.00 |

| 2.1 | |
|---|---|

**Conns Credit Corp**
Creditor's name
**3295 College St**
Number      Street

**Describe the property that secures the claim:**

**Bedroom Set, Dining Room Set and TV**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Beaumont      TX   77701**
City            State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)

   **Purchase Money**

Date debt was incurred   **08/2016**      Last 4 digits of account number   **5   6   3   5**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $4,636.00 |
|---|

| Debtor 1 | Lester Sneed, Jr. | | Case number (if known) | 16-36684-H5-13 |
|---|---|---|---|---|

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.2**

**Consumer Mortgage Co**
Creditor's name
**4608 Nolda St**
Number     Street


**Houston**          **TX**   **77007**
City               State   ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **05/2016**

**Pay Direct**

Describe the property that secures the claim:

**2009 Toyota Sienna - Pay Direct**

| $11,022.00 | $4,000.00 | $7,022.00 |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Automobile**

Last 4 digits of account number     **F   4   0   1**

**2.3**

**Inwood West CIA**
Creditor's name
**17049 El Camino Real   Ste. 100**
Number     Street


**Houston**          **TX**   **77058**
City               State   ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **Thru 2017**

Describe the property that secures the claim:

**Homestead - HOA dues thru 2017**

| $13,600.00 | $84,000.00 | |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **HOA Dues**

Last 4 digits of account number     ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $24,622.00 |
|---|

Debtor 1 **Lester Sneed, Jr.**     Case number (if known) **16-36684-H5-13**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

**Mid Atlantic Finance**
Creditor's name
**4592 Ulmerton Rd Ste 200**
Number    Street

**Clearwater         FL    33762**
City              State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred    **02/2015**

**Pay Direct**

Describe the property that secures the claim:

**1999 BMW 328i - Pay Direct**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $1,806.00 | $1,000.00 | $806.00 |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Automobile**

Last 4 digits of account number    **2  7  0  1**

**2.5**

**Rushmore Loan Mgmt Ser**
Creditor's name
**Pob 52708**
Number    Street

**Irvine          CA    92619**
City              State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred    **07/18/2007**

Describe the property that secures the claim:

**Homestead - Ongoing Mortgage Payment**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $81,153.00 | $84,000.00 | |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Conventional Real Estate Mortgage**

Last 4 digits of account number    **0  1  9  9**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$82,959.00**

Debtor 1  **Lester Sneed, Jr.**                                     Case number (if known)  **16-36684-H5-13**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.6**

**Rushmore Loan Mgmt Ser**
Creditor's name
**Pob 52708**
Number    Street

Describe the property that secures the claim:

**Homestead - Arrears**

$12,200.00          $84,000.00

**Irvine                CA   92619**
City                State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage arrears**

**Date debt was incurred   Various**        Last 4 digits of account number    0  1  9  9

Add the dollar value of your entries in Column A on this page. Write that number here:                   $12,200.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:            $124,417.00

Official Form 106D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       page 4

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lester** | | **Sneed, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-36684-H5-13**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| | $3,575.00 | $3,575.00 | $0.00 |

**2.1**

**Alva Wesley-Thomas**
Priority Creditor's Name
**6161 Savoy Dr.**
Number          Street
**Suite 250**

**Houston**          **TX**   **77036**
City                         State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  **12/30/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
   **Attorney fees for this case**

Debtor 1   **Lester Sneed, Jr.**                                     Case number (if known)   **16-36684-H5-13**

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- |

**2.2**

| | | $100.00 | $100.00 | $0.00 |

**Alva Wesley-Thomas - E/O**
Priority Creditor's Name

**6161 Savoy Dr.**
Number    Street

**Suite 250**

**Houston**            **TX**    **77036**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify
  **Attorney fees for this case**

**2.3**

| | | $21,456.47 | $0.00 | $21,456.47 |

**Internal Revenue Service**
Priority Creditor's Name

**P.O. Box 1301**
Number    Street

**Charlotte**           **NC**    **28201**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** **2005-07, 2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Debtor 1    **Lester Sneed, Jr.**         Case number (if known)   **16-36684-H5-13**

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

| 4.1 | | $805.00 |
|---|---|---|

**Ad Astra Recovery Serv**
Nonpriority Creditor's Name
**7330 W 33rd Street North**
Number      Street

**Wichita**      **KS**      **67205**
City       State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Original Creditor Name: SPEEDY CASH 77**

**Last 4 digits of account number**   **4**   **1**   **7**   **9**

**When was the debt incurred?**   **08/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Attorney**

| 4.2 | | $1,085.00 |
|---|---|---|

**Cottonwood Financial**
Nonpriority Creditor's Name
**13706 East Fwy.  Ste. 300**
Number      Street

**Houston**      **TX**      **77015**
City       State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured Debt**

Debtor 1    **Lester Sneed, Jr.** _____    Case number (if known)   **16-36684-H5-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.3**

**$237.00**

**Mnet Fin Inc**
Nonpriority Creditor's Name
**95 Argonaut**
Number    Street

_____

**Aliso Viejo**    **CA**    **92656**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **5**   **3**   **0**   **4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Unsecured Debt**

**Original Creditor Name: HOUSTON UROLOGY PARTNERS PA**

**4.4**

**$120.00**

**Mnet Fin Inc**
Nonpriority Creditor's Name
**95 Argonaut**
Number    Street

_____

**Aliso Viejo**    **CA**    **92656**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2**   **8**   **0**   **6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Unsecured Debt**

**Original Creditor Name: MEMORIAL HERMANN SURGERY CEN**

Debtor 1    **Lester Sneed, Jr.**                                       Case number (if known)  **16-36684-H5-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.5**

$597.69

**Reliant**
Nonpriority Creditor's Name
**1201 Fannin St.**
Number      Street

Last 4 digits of account number    **2    7    4    6**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston               TX      77002**
City                          State    ZIP Code

Who incurred the debt?  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Utility**

**4.6**

$805.00

**Speedy Cash**
Nonpriority Creditor's Name
**7330 W. 33rd St. North**
Number      Street

Last 4 digits of account number    **4    1    7    9**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wichita               KS      67205**
City                          State    ZIP Code

Who incurred the debt?  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Payday Loan**

**4.7**

$731.37

**TXU Energy**
Nonpriority Creditor's Name
**P.O. Box 650393**
Number      Street

Last 4 digits of account number    **5    7    9    6**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas                 TX      75265**
City                          State    ZIP Code

Who incurred the debt?  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Utility**

Debtor 1    **Lester Sneed, Jr.** _____   Case number (if known)   **16-36684-H5-13** _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

**American Credit Accept**
Name
**961 E Main St**
Number        Street

_____

**Spartanburg       SC      29302**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **1   0   0   1**

**Centerpoint Energy**
Name
**P.O. Box 1700**
Number        Street

_____

**Houston          TX      77251**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Utility**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

_____

**Beaumont         TX      77701**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **5   6   3   3**

**Daughtry & Jordan, P.C.**
Name
**17044 El Camino Real**
Number        Street

_____

**Houston          TX      77058**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for - Inwood**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**West CIA**

Last 4 digits of account number   ___  ___  ___  ___

Debtor 1   **Lester Sneed, Jr.** _____   Case number (if known)   **16-36684-H5-13**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $21,456.47 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + $3,675.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. $25,131.47 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + $4,381.06 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. $4,381.06 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | __Lester__ | | __Sneed, Jr.__ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

| Case number (if known) | __16-36684-H5-13__ |
|---|---|

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
   |---|---|

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Lester** | | **Sneed, Jr.** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-36684-H5-13**
(if known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

   **Cynthia  Sneed**
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number       Street

   _____

   _____
   City                          State        ZIP Code

3.  In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  Your codebtor                                    *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

| 3.1 | **Spouse Name Not Entered** | |
|---|---|---|
| | Name | |

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line   **4.1**
   ☐ Schedule G, line _____
   **Ad Astra Recovery Serv**

   _____
   Number       Street

   _____

   _____
   City                          State        ZIP Code

Debtor 1    **Lester Sneed, Jr.**                                          Case number (if known)   **16-36684-H5-13**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:*  **Your codebtor**                                  *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2** | **Spouse Name Not Entered**
Name

Number        Street


City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **2.1**
☐ Schedule G, line _____
**Alva Wesley-Thomas**

**3.3** | **Spouse Name Not Entered**
Name

Number        Street


City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **2.2**
☐ Schedule G, line _____
**Alva Wesley-Thomas - E/O**

**3.4** | **Spouse Name Not Entered**
Name

Number        Street


City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.1**
☐ Schedule G, line _____
**American Credit Accept**

**3.5** | **Spouse Name Not Entered**
Name

Number        Street


City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.2**
☐ Schedule G, line _____
**Centerpoint Energy**

**3.6** | **Spouse Name Not Entered**
Name

Number        Street


City                    State        ZIP Code

☑ Schedule D, line    **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Conns Credit Corp**

**3.7** | **Spouse Name Not Entered**
Name

Number        Street


City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.3**
☐ Schedule G, line _____
**Conns Credit Corp**

Debtor 1   **Lester Sneed, Jr.** _____   Case number (if known) **16-36684-H5-13**

**Additional Page to List More Codebtors**

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **Spouse Name Not Entered** |
|---|---|
Name

Number      Street

City                          State      ZIP Code

- ☑ Schedule D, line    **2.2**
- ☐ Schedule E/F, line  _____
- ☐ Schedule G, line    _____

**Consumer Mortgage Co**

| 3.9 | **Spouse Name Not Entered** |
|---|---|
Name

Number      Street

City                          State      ZIP Code

- ☐ Schedule D, line    _____
- ☑ Schedule E/F, line  **4.2**
- ☐ Schedule G, line    _____

**Cottonwood Financial**

| 3.10 | **Spouse Name Not Entered** |
|---|---|
Name

Number      Street

City                          State      ZIP Code

- ☐ Schedule D, line    _____
- ☑ Schedule E/F, line  **5.4**
- ☐ Schedule G, line    _____

**Daughtry & Jordan, P.C.**

| 3.11 | **Spouse Name Not Entered** |
|---|---|
Name

Number      Street

City                          State      ZIP Code

- ☐ Schedule D, line    _____
- ☑ Schedule E/F, line  **2.3**
- ☐ Schedule G, line    _____

**Internal Revenue Service**

| 3.12 | **Spouse Name Not Entered** |
|---|---|
Name

Number      Street

City                          State      ZIP Code

- ☑ Schedule D, line    **2.3**
- ☐ Schedule E/F, line  _____
- ☐ Schedule G, line    _____

**Inwood West CIA**

| 3.13 | **Spouse Name Not Entered** |
|---|---|
Name

Number      Street

City                          State      ZIP Code

- ☑ Schedule D, line    **2.4**
- ☐ Schedule E/F, line  _____
- ☐ Schedule G, line    _____

**Mid Atlantic Finance**

Debtor 1  **Lester Sneed, Jr.** _____   Case number (if known)  **16-36684-H5-13** _____

| **Additional Page to List More Codebtors** |

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.14**   **Spouse Name Not Entered**
Name

Number     Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.3**
☐ Schedule G, line _____
**Mnet Fin Inc**

**3.15**   **Spouse Name Not Entered**
Name

Number     Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.4**
☐ Schedule G, line _____
**Mnet Fin Inc**

**3.16**   **Spouse Name Not Entered**
Name

Number     Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.5**
☐ Schedule G, line _____
**Reliant**

**3.17**   **Spouse Name Not Entered**
Name

Number     Street

City                          State        ZIP Code

☑ Schedule D, line   **2.5**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Rushmore Loan Mgmt Ser**

**3.18**   **Spouse Name Not Entered**
Name

Number     Street

City                          State        ZIP Code

☑ Schedule D, line   **2.6**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Rushmore Loan Mgmt Ser**

**3.19**   **Spouse Name Not Entered**
Name

Number     Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.6**
☐ Schedule G, line _____
**Speedy Cash**

Debtor 1    **Lester Sneed, Jr.**                                    Case number (if known)   **16-36684-H5-13**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.20    **Spouse Name Not Entered**
Name

☐  Schedule D, line _____

☑  Schedule E/F, line  **4.7**

Number    Street

☐  Schedule G, line _____

**TXU Energy**

City                    State      ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lester** | | **Sneed, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **16-36684-H5-13** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | | **Bus Driver** | |
| Employer's name | | **REM Services, Inc.** | |
| Employer's address | | **3730 Kirby Dr.  Ste. 1200** | |
| | | Number  Street | Number  Street |
| | | **Houston        TX    77098** | |
| | | City       State   Zip Code | City       State   Zip Code |
| How long employed there? | | **2 years 4 months** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $1,984.67 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $823.51 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $2,808.18 | $0.00 |

| Debtor 1 | **Lester Sneed, Jr.** | | Case number (if known) | **16-36684-H5-13** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ................................................ **➔** | 4. | $2,808.18 | $0.00 |
| **5.** | **List all payroll deductions:** | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | $375.43 | $0.00 |
| | **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | **5e.** Insurance | 5e. | $114.03 | $0.00 |
| | **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
| | **5g.** Union dues | 5g. | $0.00 | $0.00 |
| | **5h.** Other deductions. Specify: _____ | 5h.**+** | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $489.46 | $0.00 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $2,318.72 | $0.00 |
| **8.** | **List all other income regularly received:** | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
| | **8e.** Social Security | 8e. | $1,185.00 | $0.00 |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| | **8g.** Pension or retirement income | 8g. | $0.00 | $0.00 |
| | **8h.** Other monthly income. Specify: **Daughter's Contributions (BMW)** | 8h.**+** | $280.00 | $0.00 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,465.00 | $0.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $3,783.72 **+** | $0.00 **=** $3,783.72 |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | | |
| | Specify: _____ | 11. **+** | $0.00 | |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | $3,783.72 **Combined monthly income** | |
| **13.** | **Do you expect an increase or decrease within the year after you file this form?** | | | |

☑ No.  **None.**

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lester** | | **Sneed, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **16-36684-H5-13** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No

   ☐ Yes. Fill out this information for each dependent......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. _____

   If not included in line 4:

   4a. Real estate taxes     4a. _____

   4b. Property, homeowner's, or renter's insurance     4b. _____

   4c. Home maintenance, repair, and upkeep expenses     4c. _____

   4d. Homeowner's association or condominium dues     4d. _____ **$22.00**

Debtor 1    **Lester Sneed, Jr.** _____    Case number (if known)   **16-36684-H5-13**

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. _____

6. **Utilities:**

  6a. Electricity, heat, natural gas    6a. _____ **$200.00**

  6b. Water, sewer, garbage collection    6b. _____ **$55.00**

  6c. Telephone, cell phone, Internet, satellite, and    6c. _____ **$75.00**
      cable services

  6d. Other. Specify: _____    6d. _____

7. **Food and housekeeping supplies**    7. _____ **$250.00**

8. **Childcare and children's education costs**    8. _____

9. **Clothing, laundry, and dry cleaning**    9. _____ **$80.00**

10. **Personal care products and services**    10. _____ **$100.00**

11. **Medical and dental expenses**    11. _____ **$60.00**

12. **Transportation.** Include gas, maintenance, bus or train    12. _____ **$300.00**
    fare. Do not include car payments.

13. **Entertainment, clubs, recreation, newspapers,**    13. _____ **$60.00**
    **magazines, and books**

14. **Charitable contributions and religious donations**    14. _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a. Life insurance    15a. _____

  15b. Health insurance    15b. _____

  15c. Vehicle insurance    15c. _____ **$198.00**

  15d. Other insurance. Specify: _____    15d. _____

16. **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. _____

17. **Installment or lease payments:**

  17a. Car payments for Vehicle 1    **Consumer Mortgage Co.**    17a. _____ **$407.63**

  17b. Car payments for Vehicle 2    **Mid Atlantic Finance**    17b. _____ **$275.00**

  17c. Other. Specify: _____    17c. _____

  17d. Other. Specify: _____    17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as**    18. _____
    **deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**

19. **Other payments you make to support others who do not live with you.**    19. _____
    Specify: _____

Debtor 1    **Lester Sneed, Jr.** _____    Case number (if known) __16-36684-H5-13__

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.  Mortgages on other property                                    20a. _____

20b.  Real estate taxes                                              20b. _____

20c.  Property, homeowner's, or renter's insurance                  20c. _____

20d.  Maintenance, repair, and upkeep expenses                      20d. _____

20e.  Homeowner's association or condominium dues                   20e. _____

**21. Other.** Specify: __Pet Expenses_____    21. + _____ $50.00

**22. Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                                        22a. _____ $2,132.63

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b. _____

22c.  Add line 22a and 22b.  The result is your monthly expenses.    22c. _____ $2,132.63

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a. _____ $3,783.72

23b.  Copy your monthly expenses from line 22c above.                23b. − _____ $2,132.63

23c.  Subtract your monthly expenses from your monthly income. The result is your monthly net income.   23c. _____ $1,651.09

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain here:
**None.**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Lester** | | **Sneed, Jr.** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **16-36684-H5-13**

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:   Summarize Your Assets

|  | | **Your assets** Value of what you own |
|---|---|---|
| **1.** | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a.  Copy line 55, Total real estate, from Schedule A/B.................................................................. | **$84,000.00** |
| | 1b.  Copy line 62, Total personal property, from Schedule A/B........................................................ | **$15,460.00** |
| | 1c.  Copy line 63, Total of all property on Schedule A/B................................................................. | **$99,460.00** |

## Part 2:   Summarize Your Liabilities

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property*  (Official Form 106D) | |
| | 2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$124,417.00** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... | **$25,131.47** |
| | 3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$4,381.06** |
| | **Your total liabilities** | **$153,929.53** |

## Part 3:   Summarize Your Income and Expenses

| **4.** | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I........................................................... | **$3,783.72** |
|---|---|---|
| **5.** | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J........................................................ | **$2,132.63** |

Debtor 1    **Lester Sneed, Jr.** _____    Case number (if known)   **16-36684-H5-13**

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

---

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑    Yes

7.    **What kind of debt do you have?**

☑    **Your debts are primarily consumer debts.**  _Consumer debts_ are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐    **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.    From the _Statement of Your Current Monthly Income:_ Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

| **$2,945.55** |
| --- |

9.    Copy the following special categories of claims from Part 4, line 6 of _Schedule E/F:_

**Total claim**

From Part 4 on _Schedule E/F,_ copy the following:

9a.    Domestic support obligations.  (Copy line 6a.)    **$0.00**

9b.    Taxes and certain other debts you owe the government.  (Copy line 6b.)    **$21,456.47**

9c.    Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    **$0.00**

9d.    Student loans.  (Copy line 6f.)    **$0.00**

9e.    Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    **$0.00**

9f.    Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    **+    $0.00**

9g.    **Total.**   Add lines 9a through 9f.

| **$21,456.47** |
| --- |

**Fill in this information to identify your case:**

Debtor 1     __Lester__                        __Sneed, Jr.__
                  First Name             Middle Name            Last Name

Debtor 2
(Spouse, if filing)   First Name             Middle Name            Last Name

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)     __16-36684-H5-13__

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules
        12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Lester Sneed, Jr.** _____
Lester Sneed, Jr., Debtor 1

X _____
Signature of Debtor 2

Date __01/13/2017__
      MM / DD / YYYY

Date _____
      MM / DD / YYYY